# EXHIBIT A



| | | |
|---|---|---|
| Bernard Glasser<br>1910-1983<br>Melvin R. Zimm<br>1953-2009<br><br>Richard S. Glasser<br>Michael A. Glasser<br>William H. Monroe, Jr.*<br>Kip A. Harbison<br>Mark K. Groves<br>Charlotte E. Vaughn<br>Marc C. Greco**<br>Stephen R. Meenan<br>Richard A. Knee***<br>Karen M. Zello | **GLASSER AND GLASSER P.L.C.**<br>Attorneys and Counsellors at Law<br><br>Crown Center, Suite 600<br>580 East Main Street<br>Norfolk, Virginia 23510<br><br>1932 – Celebrating our 80th Year – 2012<br><br>Telephone: (757) 533-5555<br>Facsimile: (757) 533-9009<br><br>http://www.glasserlaw.com | L. Robert Richman*****<br>Daniel T. Bengston<br>Melissa M. Watson Goode<br>Michele S. Cumberland****<br>Erin C. Quinn<br>Jason L. Hamlin<br>Alexander N. Rouhani<br>Alex E. Wallin<br>Chaunacie L. Wilkerson<br>Jennifer L. Anthony*****<br><br>\* Also admitted in DC<br>\*\* Also admitted in LA<br>\*\*\* Also admitted in TX<br>\*\*\*\* Also admitted in MD<br>\*\*\*\*\* Admitted only in DC and MD |

April 13, 2012

LOUDOUN CIRCUIT COURT
CLERK, CIVIL DIVISION
PO BOX 550
LEESBURG, VA 20178

  Re: FIA CARD SERVICES, N.A.
     v. VIRGINIA M SAM
     Our File No.: 20526619

Dear Sir or Madam:

  I write to file the enclosed Garnishment Suggestion, Summons and Judgment Order, together with the filing fee of $45.50. Please file same and have service copies available for pick-up by The Marston Agency. Also enclosed is a stamped envelope addressed to the debtor.

  Should you have any questions or require anything further, please contact me or my Legal Assistant, Teddy Reveron at ext. 410. Thank you for your assistance in this matter.

           Very truly yours,

           L. Robert Richman

LRR/tjr
Enclosures

**COVER SHEET FOR FILING CIVIL ACTIONS**  Case No. ..................................................
COMMONWEALTH OF VIRGINIA                     (CLERK'S OFFICE USE ONLY)*

........................................... LOUDOUN ........................................... Circuit Court

......... FIA CARD SERVICES, N.A. ......... v./In re: ......... VIRGINIA M SAM .........
PLAINTIFF(S)                                                    DEFENDANT(S)

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

| | | |
|---|---|---|
| [ ] Accounting | [ ] Construe Will | [ ] Landlord/Tenant |
| [ ] Administrative Appeal | [ ] Contract Action | [ ] Mechanics Lien |
| [ ] Adoption | [ ] Contract Specific Performance | [ ] Medical Malpractice |
| [ ] Adoption - Foreign | | [ ] Motor Vehicle Tort |
| [ ] Adult Protection | [ ] Correct/Erroneous State/Local Taxes | [ ] Name Change |
| [ ] Aid and Guidance | | [ ] Order to Sever |
| [ ] Annexation | [ ] Counterclaim | [ ] Partition |
| [ ] Annulment | [ ] Cross Claim | [ ] Petition |
| [ ] Appeal Decision of ABC Board | [ ] Custody/Visitation/Support/ Equitable Distribution | [ ] Product Liability |
| [ ] Appeal Decision of Board of Zoning | | [ ] Quiet Title |
| [ ] Appeal Decision of Comp Board | [ ] Declaratory Judgment | [ ] Referendum Elections |
| [ ] Appeal Decision of Employment Commission | [ ] Declare Death | [ ] Reformation of Trust |
| | [ ] Delinquent Taxes | [ ] Reinstatement of Driving Privileges |
| [ ] Appeal Decision of Local Government | [ ] Detinue | |
| | [ ] Divorce | [ ] Reinstatement (General) |
| [ ] Appeal Decision of Marine Resources Commission | [ ] Ejectment | [ ] Removal |
| | [ ] Encumber/Sell Real Estate | [ ] Separate Maintenance |
| [ ] Appeal Decision of Voter Registration | [ ] Enforce Vendor's Lien | [ ] Standby Guardian/ Conservator |
| | [ ] Escheat | |
| [ ] Appointment of Church Trustee, Substitute Fiduciaries | [ ] Establish Boundaries | [ ] Termination of Mineral Rights |
| | [ ] Expunge | |
| [ ] Approval of Right to be Eligible to Vote | [ ] Forfeiture of U.S. Currency | [ ] Unlawful Detainer |
| | [ ] Freedom of Information | [ ] Vehicle Confiscation |
| [ ] Asbestos Litigation | [x] Garnishment | [ ] Will Contested |
| [ ] Attachment | [ ] General Tort Liability (other than motor vehicle) | [ ] Writ of Certiorari |
| [ ] Bond Forfeiture Appeal | | [ ] Writ of Habeas Corpus |
| [ ] Child Abuse and Neglect - Unfounded Complaint | [ ] Grievance Procedures | [ ] Writ of Mandamus |
| | [ ] Guardian/Conservator Appointment | [ ] Writ of Prohibition |
| [ ] Civil Contempt | | [ ] Writ of Quo Warranto |
| [ ] Claim Impleading Third Party Defendant | [ ] Impress/Declare a Trust | [ ] Wrongful Death |
| | [ ] Injunction | [ ] Other |
| [ ] Complaint - (Miscellaneous) | [ ] Interdiction | |
| [ ] Compromise Settlement | [ ] Interrogatory | |
| [ ] Condemnation | [ ] Intentional Tort | |
| [ ] Confessed Judgment | [ ] Judgment Lien-Bill to Enforce | |
| [ ] Conservator of Peace | [ ] Judicial Review | |

[x] Damages in the amount of $ 26,921.39 ........................... are claimed.

4/16/12
..................
DATE            [ ] PLAINTIFF    [ ] DEFENDANT    [x] ATTORNEY FOR [x] PLAINTIFF
                                                                 [ ] DEFENDANT

L ROBERT RICHMAN
..........................................................
PRINT NAME
580 E MAIN ST SUITE 600 NORFOLK VA 23510
..........................................................
ADDRESS /TELEPHONE NUMBER OF SIGNATOR    * See reverse side for Civil Action Type Codes
                                              - for Clerk's Office Use Only
FORM CC-1416 (MASTER) PAGE ONE 11/07

## SUGGESTION FOR SUMMONS IN GARNISHMENT

Case No. ....................

In the Circuit Court of the [ ] City [x] County of ............... LOUDOUN ...............

**JUDGMENT CREDITOR:**
FIA CARD SERVICES, N.A.

Telephone No. ....................

**JUDGMENT CREDITOR'S ATTORNEY**
GLASSER AND GLASSER, PLC.
580 E MAIN STREET SUITE 600 NORFOLK VA 23510

Telephone No. ............... 757-533-5555 ...............

**Suggested Garnishee:**
FAIRFAX COUNTY FEDERAL CREDIT UNION
4201 MEMBERS WAY FAIRFAX, VA 22030

**JUDGMENT DEBTOR:**
VIRGINIA M SAM
43053 KINGSPORT DR
LEESBURG VA 20176-3610

Social Security No. ............... ***-**-4684 ...............

If garnishee is defendant's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

### STATEMENT

| $ | | |
|---|---|---|
| | 26,751.89 | Judgment Principal |
| | 0.00 | Credits |
| | 0.00 | Interest |
| | 96.00 | Judgment Costs |
| | 0.00 | Attorney's Fee |
| | 73.50 | Garnishment Costs |

| $ | 26,921.39 | Total Balance Due |
|---|---|---|

The garnishee shall rely on this amount.

### ORIGINAL JUDGMENT

| DATE OF JUDGMENT | DATE EXECUTION DELIVERED |
|---|---|
| December 3, 2010 | |

Instrument No. ....................

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**

[ ] Support (if not specified, then 50%)

[ ] 50% [ ] 55% [ ] 60% [ ] 65% [ ] State Taxes, 100%

If none of the above are checked, then § 34-29(a) applies.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion.
This is a garnishment against [ ] the judgment debtor's wages, salary or other compensation. [x] some other debt due or property, of the judgment debtor, specifically ............... ATTACH ANY AND ALL ACCOUNTS ...............
I have reason to believe that there is a liability on the suggested garnishee because of the execution of the "ORIGINAL JUDGMENT" described above, which:
[ ] involves a business, trade or professional credit transaction entered into on or after *January 1, 1984,*
[x] does *not* involve a business, trade or professional credit transaction entered into on or after January 1, 1984 *and* the undersigned represents that he has made a diligent good faith effort to secure the social security number of the judgment debtor
  [ ] and had been unable to do so.
I further certify that:
[ ] (1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[x] (2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or
[ ] (3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his lawful dependents, and that it was not for luxuries or nonessentials; or
[ ] (4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution; or
[ ] (5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note; or
[ ] (6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

I hereby certify that the last known address of the defendant is as shown above.

4/16/12

DATE SUBMITTED                    [ ] JUDGMENT CREDITOR  [ ] AGENT  [x] ATTORNEY

**WARNING:** Any judgment creditor who knowingly gives false information in a suggestion for Summons in Garnishment shall be guilty of a Class 1 misdemeanor.

FORM CC-1485 REVISED 11/06
VA. CODE § 8.01-511

VIRGINIA: IN THE CIRCUIT COURT OF THE COUNTY OF LOUDOUN

FIA CARD SERVICES, N.A.,
                            Plaintiff,

v.                                                                       Case No. CL62062

VIRGINIA M SAM
43053 KINGSPORT DR
LEESBURG VA 20176-3610
Social Security Number: XXX-XX-4684,
                            Defendant.

## ORDER

THIS MATTER came on this day to be heard upon motion by the Plaintiff, FIA CARD SERVICES, N.A., by Counsel, for default judgment against the Defendant, VIRGINIA M SAM, the Defendant having failed to file responsive pleadings or otherwise make an appearance in response to Plaintiff's Complaint within 21 days from June 24, 2010, the date that the Defendant was served with posted service, the Defendant being deemed to be in default, and it appearing that the Plaintiff, by counsel, notified the Defendant of the hearing of the Motion for Default Judgment in accordance with Section 8.01-296 of the Virginia Code, the whole matter was submitted to and determined by this Court.

UPON CONSIDERATION WHEREOF, it is hereby ORDERED that the Plaintiff, FIA CARD SERVICES, N.A., be and hereby is, awarded judgment against the Defendant, VIRGINIA M SAM, in the claim amount of $26,751.89, plus the costs of this proceeding in the amount of $96.00, and that this matter be removed from the Court's active docket.

ENTERED: This 3rd day of December, 2010.

                                                                        Judge

I ASK FOR THIS:

_____ p.q.
Stephen R. Meenan
Glasser and Glasser, P.L.C.
PO Box 3400
Norfolk, Virginia 23514
(888) 533-0660
(757) 533-5555
(757) 533-9009 (fax)

Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, Virginia 23510

**GARNISHMENT SUMMONS**  
Commonwealth of Virginia

Case No. ..............................

................................ LOUDOUN ........................................... Circuit Court  
.............................. PO BOX 550 LEESBURG VA, 20178 .................................................  
COURT ADDRESS

| JUDGMENT CREDITOR: | JUDGMENT DEBTOR: |
|---|---|
| FIA CARD SERVICES, N.A. v. | VIRGINIA M SAM |
| | 43053 KINGSPORT DR |
| | LEESBURG VA 20176-3610 |

Telephone No. ..............................

JUDGMENT CREDITOR'S ATTORNEY:  
GLASSER AND GLASSER, PLC.  
580 EAST MAIN STREET SUITE 600  
NORFOLK VA, 23510

Telephone No. ........ 757-533-5555 ..........

Soc. Sec. No. ............... ***-**-4684 ...............  
Garnishee: FAIRFAX COUNTY FEDERAL CREDIT UNION  
4201 MEMBERS WAY FAIRFAX, VA 22030  
SERVE: OFFICER/MANAGING EMPLOYEE

| July 6, 2012 | 2:00 pm |
|---|---|
| HEARING DATE AND TIME | |

STATEMENT:
| | |
|---|---|
| Judgment Principal: | $ 26,751.89 |
| Credits | 0.00 |
| Interest | 0.00 |
| Judgment Costs | 963.00 |
| Attorney's Fee | 0.00 |
| Garnishment Costs | 73.50 |

This is a garnishment against (check only one)  
[ ] the judgment debtor's wages, salary or other compensation.  
[x] some other debt due or property of the judgment debtor, specifically, ATTACH ANY AND ALL ACCOUNTS

| TOTAL BALANCE DUE $ | 26,921.39 |
|---|---|

The garnishee shall rely on this amount.

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT  
[ ] Support  
[ ] 50% [ ] 55% [ ] 60% [ ] 65%  
(if not specified, then 50%)  
[ ] state taxes, 100%

December 3, 2010  
DATE OF JUDGMENT

If none of the above are checked, then § 34-29(a) (on reverse) applies.  
TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.  
TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the return date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

........................................................... , Clerk  
DATE OF ISSUANCE OF SUMMONS

by ........................................................  
DATE OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF  DEPUTY CLERK  
IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS

**WRIT OF FIERI FACIAS** TO ANY AUTHORIZED OFFICER: You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, as shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.  
Homestead Exemption Waived? [ ] Yes [ ] No [ ] Cannot be demanded

........................................................... , Clerk

by ........................................................  
DATE  DEPUTY CLERK

FORM CC-1486 (MASTER, PAGE 1 OF 2) 1/07  
VA. CODE §§ 8.01-511, -512.3

The following statement is not the law but is an interpretation of the law which is intended to assist those who must respond to this garnishment. You may rely on this only for general guidance because the law itself is the final word. (Read the law, § 34-29 of the Code of Virginia, for a full explanation. A copy of § 34-29 is available at the Clerk's office. If you do not understand the law, call a lawyer for help.)

An employer may take as much as 25 percent of an employee's disposable earnings to satisfy this garnishment. But if any employees makes the minimum wage or less for his week's earnings, the employee will ordinarily get to keep 40 times the minimum hourly wage. But an employer may withhold a different amount of money from that above if:

(1) The employee must pay child support or spousal support and was ordered to do so by a court procedure or other legal procedure. No more than 65 percent of an employee's earnings may be withheld for support;

(2) Money is withheld by order of a bankruptcy court; or

(3) Money is withheld for a tax debt.

"Disposable earnings" means the money an employee makes "after taxes" and after other amounts required by law to be withheld are satisfied. Earnings can be salary, hourly wages, commissions, bonuses, payments to an independent contractor, or otherwise, whether paid directly to the employee or not.

If an employee tries to transfer, assign or in any way give his earnings to another person to avoid the garnishment, it will not be legal; earnings are still earnings.

Financial institutions that receive an employee's paycheck by direct deposit do not have to determine what part of a person's earnings can be garnished.

RETURNS: Each garnishee was served as indicated below, unless not found, with a copy of this summons and the exemption claim form.

GARNISHEE .... FAIRFAX COUNTY FEDERAL CREDIT UNION
ADDRESS .... 4201 MEMBERS WAY FAIRFAX, VA 22030
TELEPHONE NUMBER: ..........

[ ] PERSONAL SERVICE   [ ] FEDERAL SERVICE*

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Served on registered agent of the corporation. List name and title:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth.
[ ] Served on the Clerk of the State Corporation Commission, pursuant to § 8.01-513.

[ ] Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of mailing is shown.

DATE OF MAILING
[ ] Not found
_____ for _____
DATE         SERVING OFFICER

RECEIVED
_____
DATE AND TIME
_____
SHERIFF

NOTE: Return of Writ of Fieri Facias to be used if no effects found – otherwise, use appropriate sections of CC-1477, WRIT OF FIERI FACIAS.

[ ] NO EFFECTS FOUND

_____
DATE
_____
SHERIFF
_____
DEPUTY SHERIFF

JUDGMENT DEBTOR .... VIRGINIA M SAM
ADDRESS .... 43053 KINGSPORT DR LEESBURG VA 20176-3610

[ ] PERSONAL SERVICE

[ ] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth.

[ ] Not found
_____ for _____
              SERVING OFFICER

## NOTICE TO JUDGMENT DEBTOR
## HOW TO CLAIM EXEMPTIONS FROM GARNISHMENT

The attached Summons in Garnishment or Notice of Lien has been issued on request of a creditor who holds a judgment against you. The Summons may cause your property or wages to be held or taken to pay the judgment.

The law provides that certain property and wages cannot be taken in garnishment. Such property is said to be exempted. A summary of some of the major exemptions is set forth in the request for hearing form. There is no exemption solely because you are having difficulty paying your debts.

If you claim an exemption, you should (i) fill out the claim for exemption form and (ii) deliver or mail the form to the clerk's office of this court.

You have a right to a hearing within seven business days from the date you file your claim with the court. If the creditor is asking that your wages be withheld, the method of computing the amount of wages which are exempt from garnishment by law is indicated on the Summons in Garnishment attached. You do not need to file a claim for exemption to receive this exemption, but if you believe the wrong amount is being withheld, you may file a claim for exemption.

On the day of the hearing, you should come to court ready to explain why your property is exempted, and you should bring any documents which may help you prove your case. If you do not come to court at the designated time and prove that your property is exempt, you may lose some of your rights.

**If you do not claim an exemption and do not otherwise contest the garnishment, you are not required to appear in court on the return date on the Garnishment Summons.**

It may be helpful for you to seek the advice of an attorney in this matter.

**THE REQUEST FOR HEARING FORM IS PRINTED ON THE SECOND PAGE OF THIS FORM.**

FORM DC-454 FRONT 07/10 (A103079 5/10)

**REQUEST FOR HEARING**  Case No.:
**GARNISHMENT EXEMPTION CLAIM**
Commonwealth of Virginia VA. CODE § 8.01-512.4

LOUDOUN CIRCUIT COURT
COURT NAME

| FIA CARD SERVICES, N.A. | v. | VIRGINIA M SAM |
|---|---|---|
| JUDGMENT CREDITOR | | JUDGMENT DEBTOR |
| | and | FAIRFAX COUNTY FEDERAL CREDIT UNION |
| | | GARNISHEE |

I claim that the exemption(s) from garnishment which are checked below apply in this case:

## Major Exemptions Under Federal and State Law

_____ 1. Social Security benefits and Supplemental Security Income (SSI) (42 U.S.C. § 407).
_____ 2. Veterans' benefits (38 U.S.C. § 3101).
_____ 3. Federal civil service retirement benefits (5 U.S.C. § 8346)
_____ 4. Annuities to survivors of federal judges (28 U.S.C. § 376(n) ).
_____ 5. Longshore and Harborworkers' Compensation Act (33 U.S.C. § 916).
_____ 6. Black lung benefits.

Exemptions listed under 1 through 6 above may not be applicable in child support and alimony cases (42 U.S.C. § 659).

_____ 7. Seaman's or master's or fisherman's wages, except for child or spousal support and maintenance (46 U.S.C. § 11109).
_____ 8. Unemployment compensation benefits (§ 60.2-600, Code of Virginia). This exemption may not be applicable in child support cases (§ 60.2-308, Code of Virginia).
_____ 9. Amounts in excess of portions of wages subject to garnishment (§ 34-29, Code of Virginia).
_____ 10. Public assistance payments (§ 63.1-88, Code of Virginia).
_____ 11. Homestead exemption of $5,000 in cash, or $10,000 if the householder is 65 years of age or older. (§ 34-4, Code of Virginia). This exemption may not be claimed in certain cases, such as payment of child or spousal support (§ 34-5, Code of Virginia).
_____ 12. Property of disabled veterans - additional $10,000 cash (§ 34-4.1, Code of Virginia).
_____ 13. Worker's Compensation benefits (§ 65.2-531, Code of Virginia).
_____ 14. Growing crops (§ 8.01-489, Code of Virginia).
_____ 15. Benefits from group life insurance policies (§ 38.2-3339, Code of Virginia).
_____ 16. Proceeds from industrial sick benefits insurance (§ 38.2-3549, Code of Virginia).
_____ 17. Assignments of certain salary and wages (§ 55-165, Code of Virginia).
_____ 18. Benefits for victims of crime (§ 19.2-368.12, Code of Virginia).
_____ 19. Proceeds from funeral trusts (§ 54.1-2823, Code of Virginia).
_____ 20. Certain retirement benefits (§ 34-34, Code of Virginia).
_____ 21. Child support payments (§ 20-108.1, Code of Virginia)
_____ 22. Support for dependant children (§ 34-4.2, Code of Virginia). To claim this exemption, an affidavit that complies with the requirements of subsection B of § 34-4.2 and two items of proof showing entitlement to this exemption must be attached to this exemption form. (The affidavit, form DC-449, AFFIDAVIT CONCERNING DEPENDANT CHILDREN AND HOUSEHOLD INCOME, is available at www.courts.state.va.us/forms/district/civil.html or the clerk's office)
_____ 23. Other (describe exemption): $_____

I request a court hearing to decide the validity of my claim. Notice of the hearing should be given to me at:

_____    _____
ADDRESS                            TELEPHONE NUMBER

The statements made in this request are true to the best of my knowledge and belief.

_____    _____
DATE                               SIGNATURE OF JUDGMENT DEBTOR

FORM DC-454 REVERSE 07/10

**GARNISHEE INFORMATION SHEET**

The following information sheet sets forth procedures which may apply when a garnishee determines the proper amount to be garnished.

I. Garnishment of monies other than earnings (wages, salaries, commissions):

> Refer to the debt owed or property specified by the judgment creditor on the GARNISHMENT SUMMONS, and respond to garnishments based on the date shown on the GARNISHMENT SUMMONS on district court form DC-456, GARNISHEE'S ANSWER.
>
> Financial Institutions may respond to a GARNISHMENT SUMMONS on district court form DC-456, GARNISHEE'S ANSWER.
> - If the account is a joint account, list the names and addresses of all account owners.
> - Certain exemptions from garnishment, which are listed on district court form DC-454, NOTICE TO JUDGMENT DEBTOR HOW TO CLAIM EXEMPTIONS FROM GARNISHMENT, REQUEST FOR HEARING - GARNISHMENT EXEMPTION CLAIM, attached to the GARNISHMENT SUMMONS, may apply.

II. Garnishment of earnings for each pay period:

> <u>First Step:</u>
> Determine what are the "disposable earnings" by calculating the gross earnings, then deducting from gross earnings those amounts required <u>by law</u> to be withheld, such as federal and state taxes and social security withholdings. In calculating disposable earnings, do not deduct other payroll deductions such as insurance premiums, savings plans or retirement contributions.
>
> <u>Second Step:</u>
> Determine the maximum amount that <u>may</u> be withheld from "disposable earnings." A description of this calculation is provided on the back of the attached GARNISHMENT SUMMONS. The following is a way to implement this part of the procedure:
>
>> On the front of the GARNISHMENT SUMMONS under "Maximum Amount of <u>Disposable Earnings</u> Subject to Garnishment," see which boxes have been checked to calculate the maximum amount subject to garnishment
>>
>> - If support is checked, then multiply "disposable earnins" by the percentage checked underneath "support." If no box is checked, then use 50%.
>>
>> - If "state taxes" is checked, then multiply "disposable earnings" by 100%.
>>
>> - If none of the boxes are checked, **use the table on the reverse side** and, where a percentage is given, multiply "disposable earnings" by the applicable percentage.
>
> <u>Third Step:</u>
> Determine if other deductions for child support or other garnishments apply to the judgment debtor. Virginia Law requires that payments for support ordered by a court or by the Division of Child Support Enforcement must be deducted from the maximum amount of disposable earnings subject to garnishment as calculated above in the <u>Second Step</u> to determine the amount left for garnishments. (There may be none left.) After honoring child support deductions, garnishments are to be honored on the basis of the date shown on the GARNISHMENT SUMMONS as to when the writ of fieri facias was delivered to the sheriff.

III. File and GARNISHEE'S ANSWER so that the court <u>receives</u> your answer before the return date shown on the GARNISHMENT SUMMONS. The attached GARNISHEE'S ANSWER may be used for this purpose. If you deliver payment to the court by check, make it payable to the judgment creditor.

IV. Do not withhold funds from this garnishment after the hearing date and time specified in the top right hand corner of the GARNISHMENT SUMMONS, district court form DC-451. Any funds withheld as a result of a voluntary agreement between the judgment creditor and the judgment debtor after this garnishment has been concluded should be paid directly to the judgment creditor. Do not send these funds to the court.

FORM DC-455 FRONT 07/10 (A103080 5/10)

## AMOUNTS GARNISHABLE FROM "DISPOSABLE EARNINGS"
## EFFECTIVE JULY 24, 2009

(wages, salaries, commissions, etc.) ($7.25 per hour minimum wage)

|  | Paid Weekly | Paid Every Two Weeks | Paid Twice a Month ** | Paid Monthly** |
|---|---|---|---|---|
| Disposable Earnings* | $290 or less | $580 or less | $628.33 or less | $1,256.66 or less |
| Amount Garnishable | Nothing | Nothing | Nothing | Nothing |
| Disposable Earnings* | $290 to $386.67 | $580 to $773.33 | $628.33 to $837.78 | $1,256.66 to $1,675.55 |
| Amount Garnishable | Amount above $290 | Amount above $580 | Amount above $628.78 | Amount above $1,256.66 |
| Disposable Earnings* | More than $386.67 | More than $773.33 | More than $837.78 | More than $1,675.55 |
| Amount Garnishable | 25% of Amount | 25% of Amount | 25% of Amount | 25% of Amount |

\* See front for definition of "Disposable Earnings."
\*\* Amounts for twice a month and monthly pay periods are based on an average of 4 1/3 a weeks per month.

FORM DC-455 REVERSE 07/10