# EXHIBIT F

**Form CC-1485**                                                                                                                                                    **Form CC-1485**

SUGGESTION FOR SUMMONS IN GARNISHMENT

**Using This Revisable PDF Form**

1. Copies (Contact the court to determine if you should bring copies to the Clerk's Office or if copies will be made upon filing.)

2. Prepared by judgment creditor.

3. Preparation details

    a. The plaintiff is responsible for calculating the interest due. See Va. Code § 8.01-511. Interest is computed on the judgment principal only. See Va. Code § 8.01-382.

    b. Information explaining credits may be contained in a separate document attached to the suggestion or placed on the reverse side of the suggestion.

**Form CC-1485**                                                                                             **Form CC-1485**

SUGGESTION FOR SUMMONS IN GARNISHMENT

**Data Elements**

1. Court case number.

2. Court name.

3. Name, address, and telephone number of plaintiff (judgment creditor).

4. Name, address and telephone number of judgment creditor's attorney.

5. Name, last known address and the Social Security Number of the defendant (judgment debtor).

6. Name and address of garnishee.

7. Date of entry of judgment.

8. Date on which execution on the judgment was issued by the court.

9. Net amount of judgment principal awarded to plaintiff. Do not include costs of attorney's fees here.

10. Total amount paid on judgment to date.

11. Amount of interest on the unpaid balance of the judgment principal from date of filing until the return date.

12. Costs awarded in the original judgment.

13. Attorney's fees awarded in the original judgment.

14. Court fees incurred by plaintiff in obtaining a garnishment summons.

15. Total net amount due. (This will be calculated for you if you use the Adobe® form provided on the internet.)

16. Check the appropriate basis for judgment if applicable.

17. Check the appropriate boxes regarding the nature of the underlying transaction and whether the judgment debtor's social security number could be secured.

18. Check the applicable legal basis for obtaining a garnishment.

19. Date of signing the Suggestion for Summons in Garnishment.

20. Signature of person requesting this document with appropriate title box checked.

**SUGGESTION FOR SUMMONS IN GARNISHMENT**

Case No ........**1**..........................

**2**
................................................................................................................ Circuit Court

JUDGMENT CREDITOR:            JUDGMENT DEBTOR:

................................................**3**................................................ v ..............................**5**..............................

Telephone No. ...................................................
JUDGMENT CREDITOR'S ATTORNEY .....................

................................................**4**................................................

Social Security No. ............................................

If garnishee is defendant's employer, please furnish employer's name, and state whether it is a corporation, or one or more persons trading under a fictitious or trade name.

Telephone No.....................................................
Suggested Garnishee:

................................................**6**................................................

| ORIGINAL JUDGMENT ||
|---|---|
| DATE OF JUDGMENT | DATE EXECUTION DELIVERED |
| **7** | **8** |

STATEMENT

$ ..**9**..................Judgment Principal
..........**10**..........Credits
..........**11**..........Interest
..........**12**..Judgment Costs
..**13**..........**14**..........Attorney's Fee
..........**14**..........Garnishment Costs

MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT

[ ] Support (if not specified, then 50%)

**16** [ ] 50% [ ] 55% [ ] 60% [ ] 65% [ ] State Taxes, 100%

If none of the above are checked, then § 34-29(a) applies.

$ **15** Total Balance Due
The garnishee shall rely on this amount.

I request the Clerk to summon the Suggested Garnishee to answer this suggestion. I have reason to believe that there is a liability on the suggested garnishee because of the execution of the "ORIGINAL JUDGMENT" described above, which:

**17** involves a business, trade or professional credit transaction entered into on or after *January 1, 1984,*

does *not* involve a business, trade or professional credit transaction entered into on or after January 1, 1984 *and* the undersigned represents that he has made a diligent good faith effort to secure the social security number of the judgment debtor

     and had been unable to do so.

I further certify that:

**18**
(1) The summons is based upon a judgment upon which a prior summons has been issued but not fully satisfied; or

(2) No summons has been issued upon this judgment creditor's suggestion against the same judgment debtor within a period of eighteen months, other than a summons which was based upon a judgment upon which a prior summons has been issued but not fully satisfied; or

(3) The summons is based upon a judgment granted against a debtor upon a debt due or made for necessary food, rent, or shelter, public utilities including telephone service, drugs, or medical care supplied the debtor by the judgment creditor or to one of his lawful dependents, and that it was not for luxuries or nonessentials; or

(4) The summons is based upon a judgment for a debt due the judgment creditor to refinance a lawful loan made by an authorized lending institution: or

(5) The summons is based upon a judgment on an obligation incurred as an endorser or comaker upon a lawful note: or

(6) The summons is based upon a judgment for a debt or debts reaffirmed after bankruptcy.

I hereby certify that the last known address of the defendant is as shown above.

**19**                        **20**

DATE SUBMITTED           [ ] JUDGMENT CREDITOR    [ ] AGENT    [ ] ATTORNEY

WARNING: Any judgment creditor who knowingly gives false information in a suggestion for Summons in Garnishment shall be guilty of a Class 1 misdemeanor.

FORM CC-1485 (1/99)
VA. CODE ANN. § 8.01-511