# EXHIBIT G

CC-1486 - GARNISHMENT SUMMONS

## USING THIS FORM

1.  Copies

    a.  Original - to serving officer for use in providing proof of service, then to court.

    b.  First copy - to judgment debtor.

    c.  Second copy - to garnishee.

    d.  Third copy - to judgment debtor (mailed by sheriff after garnishee is served).

    e.  Fourth copy - to judgment creditor.

    f.  Additional copies as dictated by local practice.

3.  Attachments

    a.  CC-1485 - Suggestion for Summons in Garnishment (original only).

    b.  DC-454 - Request for Hearing - Garnishment Exemption Claim (all copies).

    c.  CC-1486 A - Garnishment Statute. This form should be provided by the clerk to the garnishee upon request.

4.  Preparation details

    a.  Prepared by clerk.

    b.  Form CC-1405 - Proof of Service may accompany this form and is used for proof of service by the serving officer as an alternative to the method described above.

    c.  By using this revised form (which includes Writ of Fieri Facias), the clerk no longer has to prepare a separate CC-1477 - Writ of Fieri Facias, except when requested by plaintiffs seeking to enforce judgments by a levy pursuant to a Writ of Fieri Facias as well as by a Garnishment Summons.

    d.  The Request for Hearing Garnishment Exemption Claim, district court form DC-454 must be attached to all copies of the Summons, without exception.

    e.  Only one garnishee and one judgment debtor may be named in a Garnishment Summons.

CC-1486 - GARNISHMENT SUMMONS

---

DATA ELEMENTS for Page 1 of the form

1.  Court case number.

2.  Court name.

3.  Court street address.

4.  Name, address, and telephone number of judgment creditor.

5.  Name and address of judgment debtor.

6.  Name, address, and telephone number of judgment creditor's attorney.

7.  Social security number of judgment debtor.

8.  Name and address of garnishee.

9.  Hearing date and time.

10. List of debits, credits and totals on this Garnishment.  See DATA ELEMENTS 9 through 15 on Form CC-1485.

11. Check the appropriate basis for judgment if applicable.  See DATA ELEMENT 16 on Form CC-1485.

12. Date of entry of judgment on which this Garnishment is based.  See DATA ELEMENT 7 on Form CC-1485.

13. Date of issuance of this Summons.

14. Date of delivery of Writ of Fieri Facias to serving officer.  Use date in Data Element 18 unless this Summons is issued in connection with an earlier Writ of Fieri Facias, in which case use the date of receipt by sheriff shown on such writ.

15. Signature of clerk if issued by the clerk.  If issued by a deputy clerk, print or type the clerk's name.

16. Signature of deputy clerk if issued by a deputy clerk.

17. Check the appropriate block.

18. Date of issuance of the Writ of Fieri Facias.

19. Signature of clerk if issued by clerk.  If issued by deputy clerk, print or type clerk's name.

20. Signature of clerk if issued by deputy clerk.

---

CC-1486 - GARNISHMENT SUMMONS

## DATA ELEMENTS for Page 2 of the form

1. Name of garnishee.  If the garnishee is a corporation, show name of corporation on second line.

2. Address and telephone number of garnishee.

3. Check this box if personal service obtained.  If garnishee is a federal agency, check federal service box if service obtained according to federal service guidelines.

4. Serving officer to check the appropriate box to designate type of service.

5. Check and complete if served on a corporate garnishee's registered agent. List the name and title of the registered agent.

6. If served by leaving the summons with a family member over age 16, check appropriate box and insert required information.

7. Check if served by posting.

8. Check if served on Secretary of the Commonwealth.

9. Check if served on Clerk of the State Corporation Commission.

10. Check and (if applicable) complete to show mailing of copy to judgment debtor after garnishee has been served.

11. Check this box if unable to serve process.

12. Signature of serving officer.

13. Date of service.

14. Agency/jurisdiction.  Name of sheriff if served by deputy sheriff.

15. Name of judgment debtor.

16. Address of judgment debtor.

17. Check if served personally.

18. Check box indicating method of service other than personal service.

19. List name, age and relationship to party of person receiving substituted service.

20. Check if served by posting.

21. Check if served on the Secretary of the Commonwealth.

22. Check if not found.

23. Signature of serving officer.

24. Date of service.

25. Jurisdiction/agency. Name of sheriff if served by deputy sheriff.

26. Date received by sheriff.

27. Signature of sheriff.

28. Check if applicable.

29. Date of return Service.

30. Signature of sheriff (print or type if return made by deputy sheriff).

31. Signature of deputy sheriff if return made by deputy.

## GARNISHMENT SUMMONS
Commonwealth of Virginia

Case No. ...................................1.........

..........................................................................................2................................................................... Circuit Court

.........................................................................3..............
COURT ADDRESS

| JUDGMENT CREDITOR: | 4 | | JUDGMENT DEBTOR: | 5 |
|---|---|---|---|---|

...........................................................  4

...........................................................  v.

\* ..........................................................

\* ..........................................................

\*Telephone No.

JUDGMENT CREDITOR'S ATTORNEY:
6

...........................................................

...........................................................

...........................................................

\*Telephone No.

\*When Judgment Creditor's Attorney's name, address and telephone number appear on this summons, do not include Creditor's address or telephone number.

JUDGMENT DEBTOR: 5

...........................................................

...........................................................

...........................................................

Soc. Sec. No. ...................................7............

Garnishee: ....................................8...........

...........................................................

...........................................................

STATEMENT:

| Judgment Principal: | $ ................................... |
|---|---|
| | 10 |
| Credits | ................................... |
| Interest | ................................... |
| Judgment Costs | ................................... |
| Attorney's Fee | ................................... |
| Garnishment Costs | ................................... |

+--------------------------------------------------+
|                        9                         |
|              HEARING DATE AND TIME               |
+--------------------------------------------------+

MAXIMUM PORTION OF DISPOSABLE EARNINGS
SUBJECT TO GARNISHMENT        11
[ ] Support
[ ] 50%  [ ] 55%  [ ] 60%  [ ] 65%
(if not specified, then 50%)
[ ] state taxes, 100%

+--------------------------------------------------+
| TOTAL BALANCE DUE $ _____10_____        |
| The garnishee shall rely on this amount.         |
+--------------------------------------------------+
...................................................
                         12
              DATE OF JUDGMENT

If none of the above are checked, then § 34-29(a) (on reverse) applies.

TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the return date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) if the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

...................................................
                13
     DATE OF ISSUANCE OF SUMMONS

...................................................
                14
DATE OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF
IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS

_____  15  _____, Clerk

by _____  16  _____
                    DEPUTY CLERK

**WRIT OF FIERI FACIAS**  To Any Authorized Officer: You are commanded to levy upon the personal property of the Defendant(s) and to make from the tangible personal property and monies of the Defendant(s) the principal, interest, costs and attorney's fees, less credits, as shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office within 90 days of this date or within 180 days of this date for a wage garnishment, and to notify the person entitled to receive such money, if such person is known and if any money is received, as required by law.

Homestead Exemption Waived? [ ] Yes  [ ] No  [ ] Cannot be demanded
                              17

...................................................
                18
             DATE

_____  19  _____, Clerk

by _____  20  _____
                    DEPUTY CLERK

The following statement is not the law but is an interpretation of the law which is intended to assist those who must respond to this garnishment. You many rely on this only for general guidance because the law itself is the final word. (Read the law, § 34-29 of the Code of Virginia, for a full explanation. A copy of § 34-29 is available at the Clerk's office. If you do not understand the law, call a lawyer for help.)

An employer may take as much as 25 percent of an employee's disposable earnings to satisfy this garnishment. But if any employees makes the minimum wage or less for this week's earnings, the employee will ordinarily get to keep 40 times the minimum hourly wage. But an employer may withhold a different amount of money from that above if:

(1) The employee must pay child support or spousal support and was ordered to do so by a court procedure or other legal procedure. No more than 65 percent of an employee's earnings may be withheld for support;

(2) Money is withheld by order of a bankruptcy court; or

(3) Money is withheld for a tax debt.

"Disposable earnings" means the money an employee makes "after taxes" and after other amounts required by law to be withheld are satisfied. Earnings can be salary, hourly wages, commissions, bonuses, payments to an independent contractor, or otherwise, whether paid directly to the employee or not.

If an employee tries to transfer, assign or in any way give his earnings to another person to avoid the garnishment, it will not be legal; earnings are still earnings.

Financial institutions that receive an employee's paycheck by direct deposit do not have to determine what part of a person's earnings can be garnished.

| | |
|---|---|
| RECEIVED | 26 |
| | DATE AND TIME 27 |
| | SHERIFF |

JUDGMENT DEBTOR ........... 15

ADDRESS ................... 16

17 [ ] PERSONAL SERVICE

18 [ ] Being unable to make personal service, a copy was delivered in the following manner:

19 [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

20 [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

21 [ ] Served on Secretary of the Commonwealth.

22 [ ] Not found

24 _____ for _____ 25

SERVING OFFICER

23

NOTE:
Return of Writ of Fieri Facias to be used if no effects found – otherwise, use appropriate sections of CC-1477, WRIT OF FIERI FACIAS.

28 NO EFFECTS FOUND

29 DATE

30 SHERIFF

31 DEPUTY SHERIFF

RETURNS: Each garnishee was served as indicated below, unless not found, with a copy of this summons and the exemption claim form.

GARNISHEE ............... 1

ADDRESS ................. 2

TELEPHONE NUMBER: ......

3 [ ] PERSONAL SERVICE  [ ] FEDERAL SERVICE *

4 [ ] Being unable to make personal service, a copy was delivered in the following manner:

5 [ ] Served on registered agent of the corporation. List name and title:

6 [ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

7 [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

8 [ ] Served on Secretary of the Commonwealth.

9 [ ] Served on the Clerk of the State Corporation Commission, pursuant to § 8.01-513.

10 [ ] Copy mailed to judgment debtor after serving the garnishee on date of service below unless a different date of service is shown.

11 [ ] Not found

13 _____ for _____ 14
DATE        SERVING OFFICER

12 DATE OF MAILING

* Federal law, 5 U.S.C. § 5520a(c)(1) and 42 U.S.C. § 659 provides that a federal agency garnishee may be served either personally or by certified mail, return receipt requested.