# EXHIBIT K



# Fairfax County Federal Credit Union

## *Creating valued relationships by helping build your financial future*

**4201 Members Way . Fairfax, Virginia 22030 . 703.218-9900 . *FAX 703.591-4168* . www.fairfaxcu.org**

May 3, 2012

Loudoun Circuit Court
P.O. Box 550
Leesburg, Virginia 20178

      Re:    Garnishment Summons – Virginia M. Sam.
              Case #73346

To Whom It May Concern:

In response to the garnishment summons, we recently received for Virginia M. Sam, this is to advise you Ms. Sam's accounts with Fairfax County Federal Credit Union are closed.

If you have any questions, please contact me at 703.218.9900 ext. 1180.

Sincerely,

Deborah Blair
Quality Assurance

Enclosure

FILED
2012 MAY -4 PM 12:00
TESTE:
CIRCUIT COURT
CLERKS OFFICE
LOUDOUN COUNTY, VA
_____ DC

**GARNISHEE'S ANSWER**
Commonwealth of Virginia Va. Code § 8.01-515

To the Garnishee:
1. **Make checks payable to "Clerk of Circuit Court"**, P.O. Box 550, Leesburg, Virginia, 20178.
2. Use this form for your answer/response.
3. Please record the **Case Number and Return/Hearing Date** on all checks and answers to be submitted to the Court.
4. Please mail checks or responses to the Court listed on the Garnishment Summons.

[ ] Enclosed is a check made payable to the Clerk of Circuit Court for.................................
    which is the amount withheld from the judgment debtor.

[X] The garnishee holds no money or other property of the judgment debtor. *with check*

[ ] The garnishee does not have sufficient information to reasonably identify the judgment debtor.

Explain: ........................................................................

[ ] The judgment debtor was not employed by the Garnishee during the period from the service of the summons until the return date.

[ ] The judgment debtor's wages, salary, other compensation, or other debt due or property of the judgment debtor, is not specified in the Garnishment Summons.

[ ] The debtor's "disposable earnings" are less than the amount statutorily exempt from garnishment.

[ ] The judgment debtor's correct Social Security number or taxpayer identification number is not shown on the summons, and the judgment debtor's name and address as shown on the garnishment summons do not match the name and current address of any person as shown on the current payroll records of the garnishee (payor of earnings).

[ ] The garnishee is currently deducting the maximum amount for an existing summons:
DATED: _____ RETURN DATE: _____ FROM: _____ COURT

[ ] The judgment debtor has filed a bankruptcy petition.

[ ] The Judgment debtor account is: [ ] A solely owned account [ ] A joint account held with..........................
of........................................................ containing $.......................... funds.
        ADDRESS

[ ] The funds held by the garnishee consist solely of direct deposited federal benefits and are statutorily exempted from garnishment.
Please specify the specific exemption; attach as necessary.).................................................

DATE 5-3-12
*Deborah Blair*
*Deborah Blair*
*(signature)*
(PRINT OR TYPE) NAME AND TITLE OF PERSON SIGNING THIS ANSWER

**TO THE GARNISHEE OF PROPERTY OTHER THAN WAGES, SALARIES, COMMISSIONS OR OTHER EARNINGS:**
If the summons contains either the social security number or taxpayer identification number of the judgment debtor, or the name and address of the judgment debtor, as either appears in your records, the summons shall be deemed to contain information sufficient to enable you to reasonably identify the judgment debtor. If sufficient or accurate information to enable you to reasonably identify the judgment debtor is provided, you shall (i) answer to the Court, (ii) state what your records show as the last known address for the judgment debtor, and any other information you deem relevant, and (iii) send to the judgment debtor at the last known address a copy of this Answer to the Court. This information can be provided on the reverse of this form.

[ ] Required information is provided on the Reverse of this GARNISHEE'S ANSWER.

---

RETURNS DATE
7-6-2012
**by 2:00 p.m.**

CASE NO.
**CL 73346**

**GARNISHEE'S ANSWER**

FIA CARD SERVICES NA
    JUDGMENT CREDITOR

v.

VIRGINIA M SAM
    JUDGMENT DEBTOR

FAIRFAX COUNTY FEDERAL CREDIT UNION
    GARNISHEE

COMPLETE AS LISTED ON GARNISHMENT SUMMONS:

**LOUDOUN COUNTY CIRCUIT COURT**
    COURT NAME

P.O. BOX 550, LEESBURG, VA 20178
    COURT ADDRESS

(703) 777-0270
    COURT TELEPHONE NUMBER

ATTORNEY FOR GARNISHEE

FILED
2012 MAY -4 PM 12:00
CIRCUIT COURT
CLERKS OFFICE
LOUDOUN COUNTY, VA
STE: _____ D.C.