# EXHIBIT L

VIRGINIA: IN THE CIRCUIT COURT OF THE COUNTY OF LOUDOUN

FIA CARD SERVICES, N.A.,

        Judgment Creditor.

                                        CASE NO. CL73346

VIRGINIA M SAM,

        Judgment Debtor.

FAIRFAX COUNTY FEDERAL CREDIT UNION,

        Garnishee Defendant.

## ORDER

This matter came on for hearing pursuant to the Summons in Garnishment against judgment debtor VIRGINIA M SAM, returnable herein on July 6, 2012.

**IT APPEARING TO THE COURT** that in response to said Summons in Garnishment, the Garnishee Defendant, FAIRFAX COUNTY FEDERAL CREDIT UNION, has answered to the Court that the accounts are closed in this case. Plaintiff, FIA CARD SERVICES, N.A., desires that the Garnishment be dismissed; accordingly, it is therefore

**ORDERED** that the Garnishment herein be, and hereby is, dismissed and removed from the docket.

ENTERED this 6th day of July, 2012.

_____
JUDGE

I ASK FOR THIS:

_____ p.q.
L. Robert Richman
Glasser and Glasser P.L.C.
580 East Main Street Suite 600
Norfolk, Virginia 23510
(757) 533-5555