**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| VIRGINIA SAM,  )<br>*on behalf of herself and all similarly* )<br>*situated individuals,* )<br>    )<br>           Plaintiffs,  )<br>    )  Civil Action No. 1:13cv249<br>v.   )<br>    )<br>GLASSER & GLASSER, PLC,   )<br>    )<br>           Defendant.  )<br>_____ ) | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Plaintiff, VIRGINIA SAM, by counsel, moves for entry of an order for an extension of time to file her Opposition to Defendant GLASSER & GLASSER, PLC's ("Glasser") Motion to Dismiss her Complaint until Friday, July 5, 2013. Defendant consents to this extension by agreement. The parties are diligently working together in an effort to determine if a resolution is possible.

WHEREFORE, the parties request that the Consent Motion for Extension of Time be granted and that Plaintiff be permitted to file her opposition to Glasser's Motion to Dismiss her Complaint on or before Friday, July 5, 2013. The parties will submit to the Court a consent order granting this Motion.

Dated June 17, 2013              Respectfully submitted,
                                 **VIRGINIA SAM**
                                 *on behalf of herself and all similarly*
                                 *situated individuals*

By_____/s/_____
Kristi Cahoon Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170
SUROVELL ISAACS PETERSEN & LEVY, PLC
4010 University Drive, Second Floor
Fairfax, Virginia 22030
(703) 251-5400 - Telephone
(703) 591-9285 - Facsimile
E-mail:  kkelly@siplfirm.com
E-mail: aguzzo@siplfirm.com

Leonard A. Bennett, Esq. (VSB #37523)
Susan Rotkis, Esq. (VSB #40639)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th of June, 2013, I have filed the foregoing electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Alan Brody Rashkind, Esquire
Virginia State Bar No. 12658
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No. (757) 461-7100
Facsimile No. (757) 461-0083
Email: arashkind@furnissdavis.com

James A. Cales III, Esquire
Virginia State Bar No. 41317
Furniss, Davis, Rashkind and Saunders, P.C.
6160 Kempsville Circle, Suite 341B
Post Office Box 12525
Norfolk, Virginia 23541-0525
Telephone No. (757) 461-7100

Facsimile No. (757) 461-0083
Email: jcales@furnissdavis.com
Counsel for Defendant

_____/s/_____
Kristi C. Kelly, Esq. VSB # 72791
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: kkelly@siplfirm.com
*Counsel for Plaintiffs*