IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| VIRGINIA SAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.1:13cv249 |
| ) | |
| ) | |
| GLASSER & GLASSER, PLC, ) | |
| ) | |
| Defendant. ) | |

O R D E R

It is ORDERED

The Rule 16(b) Pretrial Conference scheduled for Wednesday, July 31, 2013 at 11:00 AM is continued to Wednesday, August 14, 2013 at 11:00 AM before the undersigned.  All other provisions of the Order of July 18, 2013, including dates for completion of discovery and the pretrial conference, remain in effect.

_____/s/_____
Theresa Carroll Buchanan
United States Magistrate Judge

July 25, 2013
Alexandria, Virginia